# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER I. STREET, Plaintiff, v. ISIDRO BACA, et. al., Defendants. | Case No. 3:16-cv-00266-RCJ-WGC **ORDER** |

Plaintiff Christopher I. Street was an inmate within the Nevada Department of Corrections (NDOC) when he filed his pro se civil rights action pursuant to 42 U.S.C. § 1983. According to Defendants, Plaintiff was discharged from NDOC in June of 2017. On July 7, 2017, Plaintiff filed a notice of change of address. (ECF No. 22.) Defendants filed their motion for summary judgment on October 5, 2017; however, it was served at the Warm Springs Correctional Center (WSCC) address, and not the new address of record. (*See* ECF No. 23 at 15.)

The *Klingele* order (ECF No. 27), and an order granting Plaintiff an extension of time to file his opposition (ECF No. 28) were served on Plaintiff at the address listed in ECF No. 22, and Plaintiff still has not filed anything with the court indicating an intent to continue prosecuting this action. Nevertheless, Plaintiff should have been served with the motion for summary judgment and supporting exhibits at his address of record.

Therefore, the Clerk shall **SEND** Plaintiff (at the address listed in ECF No. 22) a copy of the motion for summary judgment (ECF No. 23), supporting declarations and exhibits (ECF Nos. 23-1 to 23-12), sealed medical records (ECF Nos. 25, 25-1, 25-2, 25-3), as well as the pending motion for leave to file medical records under seal (ECF No. 34). The Clerk shall also **SEND** Plaintiff a copy of the *Klingele* order set forth at ECF No. 27

///

1 | Plaintiff will then have **TWENTY-ONE DAYS** from the date of this Order to file and
2 | serve his response to the motion for summary judgment.
3 | **IT IS SO ORDERED.**
4 | DATED: February 20, 2018.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE